# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASPER F. WILSON,<br><br>        Plaintiff,<br><br>   v.<br><br>JEFFEREY A. BEARD, et al.,<br><br>        Defendants. | Case No. 1:15-cv-01424-DAD-BAM (PC)<br><br>ORDER DIRECTING CLERK'S OFFICE TO RE-SERVE DECEMBER 12, 2017 ORDERS (ECF Nos. 11, 12, 13) ON PLAINTIFF<br><br>ORDER EXTENDING DEADLINE TO SUBMIT SERVICE DOCUMENTS AND DEADLINE TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Jasper F. Wilson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On December 11, 2017, Plaintiff notified the Court of his willingness to proceed only on the claims found cognizable in his complaint. (ECF No. 10.) Pursuant to that notice and the screening of the complaint pursuant to 28 U.S.C. § 1915A, the Court directed Plaintiff to submit service documents for Defendants Holland, Recio, Medina, Cuaron, Coria, Negrete, Beard, Stainer, and Walsh within thirty (30) days. (ECF No. 11.) The Court further issued findings and recommendations to dismiss the remaining claims and defendants from this action, and directed Plaintiff to file any objections within fourteen (14) days. (ECF No. 13.)

///

1

On December 19, 2017, Plaintiff's address was changed pursuant to a notice filed on December 14, 2017 in <u>Wilson v. Beard</u>, Case No. 2:15-cv-1481. Pursuant to Plaintiff's notice of change of address, the Court finds it appropriate to extend the deadlines for Plaintiff to submit service documents and to file any objections to the pending findings and recommendations.

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of the Court is DIRECTED to re-serve the following on Plaintiff at his current address of record:
    a. December 12, 2017 order directing Plaintiff to submit service documents and USM-285 forms, (ECF No. 11), and all related attachments;
    b. December 12, 2017 Clerk's Notice, (ECF No. 12); and
    c. December 12, 2017 findings and recommendations, (ECF No. 13).
2. Plaintiff shall submit the required service documents, as explained in the Court's December 12, 2017 order, (ECF No. 11), within **thirty (30) days** from the date of service of this order;
3. Plaintiff shall file any written objections to the Court's December 12, 2017 findings and recommendations, (ECF No. 13), within **thirty (30) days** from the date of service of this order; and
4. **<u>The failure to comply with this order will result in dismissal of this action</u>.**

IT IS SO ORDERED.

Dated: **January 2, 2018**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE